# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Fellicia Smith,                                   Case No. 21-CV-2703 (SRN/HB)

        Plaintiff,

    v.                                        **ORDER**

Starr, Warden; Hiller, Unit Manager;
Wilson, Trust Fund; Nelson, Commissary;
each being sued in their individual and
official capacities; and Federal
Correctional Institution, Waseca;

        Defendants.

---

Fellicia Smith, Reg. No. 66124-060, FCI Waseca, Unit D, P.O. Box 1731, Waseca, MN 56093, Plaintiff pro se.

Ana H. Voss, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 for Defendants.

---

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated January 21, 2022 [Docket No. 18]. No objections have been filed to the Report and Recommendation. Accordingly, and after an independent review of the files, records and proceedings in the above-entitled matter, IT IS HEREBY ORDERED THAT:

1.    The Report and Recommendation [Doc. No. 18] is ADOPTED;

2.    Plaintiff's Motion for Summary Judgment [Doc. No. 16] is DENIED

        WITHOUT PREJUDICE.

BY THE COURT:

DATED:  February 10, 2022

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge